CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.

John L. Smaha, Esq.        Bar No. 95855
Gustavo E. Bravo, Esq.     Bar No. 218752
SMAHA LAW GROUP, APC
7860 Mission Center Court, Suite 100
San Diego, California 92108
Telephone:    (619) 688-1557
Facsimile:    (619) 688-1558

Order Entered on November 24, 2010 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

WAVE HOUSE BELMONT PARK, LLC

Debtor.

BANKRUPTCY NO. 10-19663-LT11

Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Hon. Laura S. Taylor

# ORDER ON
# INTERIM USE OF CASH COLLATERAL, EAST WEST BANK

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through two(2) with exhibits, if any, for a total of 3 pages, is granted. Motion/Application Docket Entry No. 25

//
//
//
//
//
//

DATED: November 23, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Smaha Law Group, APC
(Firm name)

By: /s/ Gustavo E. Bravo
Attorney for [X] Movant [ ] Respondent

CSD 1001A

**CSD 1001A** [11/15/04] **(Page 2)**
ORDER ON INTERIM USE OF CASH COLLATERAL, EAST WEST BANK
DEBTOR: WAVE HOUSE BELMONT PARK, LLC                                CASE NO: 10-19663-LT11

---

Upon review of the Debtor Wave House Belmont Park, LLC's (the "Debtor") Emergency Motion for the interim use of cash collateral of East West Bank ("EWB"), having reviewed the Emergency Motion and the attached Projections (the "Projections"); and for good cause appearing therefore,

**IT IS ORDERED**, that the Debtor is permitted to use cash collateral available from the operation of its business on an interim basis for reasonable, ordinary and necessary operating expenses in order to continue its operation of the Debtor's storage facility in accordance with the Expenses attached hereto as Exhibit A.

**IT IS FURTHER ORDERED**, the use of cash collateral is authorized subject to the terms and conditions set out in the Stipulation filed with the court on November 19, 2010 as signed by counsel for Debtor and EWB.

**CSD 1001A**

*Signed by Judge Laura Stuart Taylor November 23, 2010*

# EXHIBIT A

*Signed by Judge Laura Stuart Taylor November 23, 2010*

Case 10-19663-LT11   Filed 11/23/10   Doc 29   Pg. 4 of 4

CSD 1001A [11/15/04] **(Page 3)**
ORDER ON INTERIM USE OF CASH COLLATERAL, EAST WEST BANK
DEBTOR: WAVE HOUSE BELMONT PARK, LLC                                           CASE NO: 10-19663-LT11

**PROFIT AND LOSS STATEMENT**
Wave House Belmont Park LLC
Debtor-in-Possession, 10-19663-11

| | Month November 2010 Estimate | Month December 2010 Estimate | Month January 2011 Estimate | ASSUMPTIONS: |
|---|---|---|---|---|
| **Revenue** | | | | |
| Rent – Non related tenants | $ 103,914 | $ 127,481 | $ 126,901 | |
| CAM – Non related tenants | $ 22,508 | $ 32,562 | $ 32,562 | |
| Marketing Fund – Non related tenants | $ 2,945 | $ 4,255 | $ 4,255 | |
| Utilities – Non related tenants | $ 1,125 | $ 1,125 | $ 1,125 | |
| SUBTOTAL | $ 130,492 | $ 165,423 | $ 164,843 | |
| Rent – Wave House companies | $ 76,399 | $ 77,562 | $ 105,666 | |
| CAM – Wave House companies | $ 45,327 | $ 45,327 | $ 45,327 | |
| Marketing Fund – Wave House Companies | $ 5,912 | $ 5,912 | $ 5,912 | |
| SUBTOTAL | $ 127,638 | $ 128,801 | $ 156,905 | |
| **Total Revenue** | $ 258,130 | $ 294,224 | $ 321,748 | All income based on Rent roll and lease abstracts |
| | | | | |
| **Labor & Overhead** | | | | |
| Payroll, taxes and fees | $ 29,000 | $ 29,000 | 29,000 | 5 FT & 2 PT Housekeeping/4 FT & 2 PT Maintenance |
| Workers Comp | $ 2,600 | $ 2,600 | 2,600 | Calculated based on payroll |
| Health insurance | $ 1,600 | $ 1,600 | 1,600 | Based on employer share of premium at 70% |
| Misc. | $ 250 | $ 250 | 250 | |
| **Total Labor and Overhead** | $ 33,450 | $ 33,450 | $ 33,450 | |
| | | | | |
| **Operating Expenses** | | | | |
| Bank charges | $ 175 | $ 175 | 175 | Standard service fees |
| R&M-HVAC/Landscaping/Pest Control | $ 5,500 | $ 7,500 | 7,000 | Contracts for services and std repairs |
| Supplies | $ 2,000 | $ 2,000 | 2,000 | Based on historical cost |
| Misc. | $ 500 | $ 500 | 500 | |
| **Total Operating Expenses** | $ 8,175 | $ 10,175 | 9,675 | |
| | | | | |
| **Administrative & General** | | | | |
| Contract Services – Security | $ 11,000 | $ 11,000 | 11,000 | Per contract |
| Telephone & Internet | $ 500 | $ 500 | 500 | Based on historical cost |
| Postage | $ 100 | $ 100 | 100 | Based on historical cost |
| Licenses and Permits | $ - | $ - | - | |
| Misc. | $ 300 | $ 300 | 300 | |
| **Total Administrative & General** | $ 11,900 | $ 11,900 | 11,900 | |
| | | | | |
| **Occupancy Costs** | | | | |
| Property Taxes | $ 15,000 | $ 15,000 | 15,000 | Based on annual tax bill $180K |
| Water | $ 3,500 | $ 3,500 | 2,500 | Based on historical cost |
| Gas & Electric | $ 9,000 | $ 11,900 | 8,000 | Based on historical cost |
| Trash | $ 3,000 | $ 2,900 | 2,700 | Based on historical cost |
| Insurance | $ - | $ 16,000 | 8,000 | Base on historical cost |
| Rent – Ground Lease City of San Diego | $ 5,833 | $ 5,833 | 5,833 | Based on historical cost |
| Misc. | $ 300 | $ 300 | 300 | |
| **Total Occupancy Costs** | $ 36,633 | $ 54,433 | 42,333 | |
| | | | | |
| **Marketing** | | | | |
| Marketing | $ 20,000 | $ 7,500 | 7,500 | Required to be spend per tenant leases |
| **Total Marketing Costs** | $ 20,000 | $ 7,500 | 7,500 | |
| | | | | |
| **Total Expenses** | | | | |
| Expenses WHBP | $ 110,158 | $ 117,458 | 104,858 | |
| **Total Expenses-CAM** | $ 110,158 | $ 117,458 | 104,858 | |
| | | | | |
| **Non-CAM Expenses** | | | | |
| Labor & Overhead | $ - | $ - | - | |
| Operating Expenses | $ 7,500 | $ 7,500 | 7,500 | Based on historical cost |
| Legal, Accounting and Professional (with approval) | $ 12,000 | $ 13,000 | 13,500 | Based on estimates |
| Management Services Fees | $ 10,325 | $ 10,325 | 11,769 | 4% of Sales for Accounting, IT, HR & Admin svcs. |
| Marketing | $ 1,000 | $ 1,000 | 1,000 | Non-tenant related |
| **Total Expenses-Non CAM** | $ 30,825 | $ 31,825 | 33,769 | |
| **All Expenses** | $ 140,984 | $ 149,284 | 138,627 | |
| | | | | |
| **Net Operating Income - Profit or (Loss)** | $ 117,146 | $ 144,940 | 183,121 | |
| | | | | |
| Mortgage payments | $ 111,000 | $ 111,000 | 111,000 | Current payment to East West Bank |
| Equipment Lease payments | $ 5,060 | $ 5,060 | 5,060 | Copiers and security camera system leased |
| Taxes | | | | |
| Total Cash payouts | $ 116,060 | $ 116,060 | 116,060 | |
| | | | | |
| Cash available | $ 1,086 | $ 28,880 | 67,061 | |
| | | | | |
| Plunge Structure maintenance | $ - | $ 21,000 | 21,000 | Reserve required to make repairs/improvements |
| Lease section 305, paragraph 9, capital requirements @ 2.5% | $ 20,041 | $ 14,917 | 18,122 | As required by lease with City of San Diego |
| Accumulated cash reserve-in Bank | $ (18,955) | $ (25,991) | 1,948 | |