# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | WAVE HOUSE BELMONT PARK, LLC |
| **Case Number:** | 10-19663-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 15, 2011 02:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | CONNIE MIHOS |

### Matters:

1) STATUS RE:  DEBTOR'S MOTION TO EXTEND EXCLUSIVITY FOR DEBTOR'S PLAN OF REORGANIZATION AND TO EXTEND TIME TO ASSUME LEASE (fr 2/11/11)

2) STATUS RE:  APPLICATION  FOR LEAVE TO PAY RETAINER TO SPECIAL COUNSEL, THORSNES BARTOLOTTA MCGUIRE FILED ON BEHALF OF WAVE HOUSE BELMONT PARK, LLC

3) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr 2/11/11)

4) STATUS RE:  CITY OF SAN DIEGO'S OPPOSITION TO DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING PAYMENT OF INSIDER COMPENSATION PURSUANT TO MANAGEMENT SERVICES AGREEMENT (fr 2/11/11)

### Appearances:

JOHN L. SMAHA, ATTORNEY FOR WAVE HOUSE BELMONT PARK, LLC
BARRY FREEMAN, ATTORNEY FOR EAST WEST BANK (telephonic)
MAITA PROUT, ATTORNEY FOR EAST WEST BANK (telephonic)
GARY SLATER, ATTORNEY FOR THE CITY OF SAN DIEGO
CLAYTON WELCH, ATTORNEY FOR THE CITY OF SAN DIEGO
JEANNE WANLASS, ATTORNEY FOR OFFICE OF THE UST

### Disposition:

1) Continued to 4/1/11 at 11:00 a.m.  Order to be submitted by: Smaha addressing agreed interim extensions as applicable as discussed on the record.

2-3) Continued to 4/1/11 at 11:00 a.m.

4) Continued to 4/1/11 at 11:00 a.m. for final hearing